FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Vincent L Young**                                      Case No.
                          Debtor(s)                             Chapter  **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Vincent L Young** | S.S.# **xxx-xx-3023** |
| | (W) | S.S.# |
| ADDRESS: | **3884 Glencoe Dr.** | |
| | **Memphis, TN 38115** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **146.00** | (weekly, ~~every two weeks~~, ~~semi-monthly~~, ~~monthly~~) |
| PAYROLL DEDUCTION: | **YES**    OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Hulcher Professional Services** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

                                                                              MONTHLY
                                                                              PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| **-NONE-** | Ongoing pmt. Begin **N/A** | | | $ **N/A** |
| | Approx. arrearage **N/A** | Interest **N/A** % | | $ **N/A** |
| SECURED CREDITORS; | VALUE | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | | PLAN PMT. |
| **Hope Community Credit Union** | $ **4,000.00** | **5.25** % | | $ **121.00** |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **100** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$13,801.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **36** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Henry W. Miller 016817**
                      **Miller Law Firm**
                      **3569 Summer Ave**
                      **Memphis, TN 38122**
                      **901-327-3434 Fax:901-327-3440**